USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

Phone: 212-416-6035

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

December 27, 2007

**By Regular Mail**
Honorable William H. Pauley III
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: <u>Prather v. Marshall</u>,
07 Civ. 08270 (WHP)

Dear Judge Pauley:

In this <u>pro se</u> inmate case dealing with religious dietary requirements of Muslim inmates, the purpose of this letter is to request that the initial court conference scheduled for January 18, 2008 (at 10:45) be held instead in late February, 2008.

The reason for this request is that defendants' initial responsive pleading is not due until very shortly before the January 18 date (January 15, 2008). Further, a defendant listed very vaguely by plaintiff as "Sgt." or "Mr. Kelly", is not identified as to location. There is no indication that this defendant has been served with process. The additional time can assist in having plaintiff clarify the identify and location of this person. Lastly, I am scheduled to be on trial before Judge Buchwald starting on January 16, 2008 and would prefer to cover the above-referenced appearance before your Honor. I am slated to be out of town in late January and early February.

In any event, Rule 26(f) is not applicable to this matter where plaintiff is a <u>pro se</u> inmate. F.R. Cv. Pr. 26(a)(1)(B)(iv).

Should the Court determine to proceed with the conference on January 18, Assistant Attorney General Steven Schulman would likely

December 27, 2007                    -2-

attend for defendants. We respectfully request that the Court advise as to whether plaintiff may participate in the conference by telephone, and whether we may participate by telephone as well.

Respectfully submitted,

*[signature]*

LEE ALAN ADLERSTEIN
Assistant Attorney General

cc. James Prather, pro se (by regular mail)

Application denied. Counsel for Defendants is directed to appear and to arrange for Plaintiff to participate by telephone.

SO ORDERED:

*[signature]*

WILLIAM H. PAULEY III U.S.D.J.
1/7/08