UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JAMES PRATHER,                               :

                Plaintiff,        :        07 Civ. 8270 (WHP)

       -against-                         :        SCHEDULING ORDER NO. 1

SUPERINTENDENT LUIS MARSHALL,    :
MR. T. CHU and SGT. KELLY,
                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        Counsel for Defendants having participated in a conference with this Court on January 18, 2008 and Plaintiff pro se having participated in that conference by telephone, the following schedule is established on consent of the parties:

1. Defendants shall file an amended answer by January 28, 2008;

2. All discovery shall be completed by June 30, 2007;

3. Any request for expert discovery shall be made by June 16, 2008;

4. The parties shall submit a joint pretrial order in accord with this Court's Individual Practices by August 15, 2008; and

5. A final pre-trial conference will be held on September 9, 2008 at 10:15 a.m.

Dated: January 18, 2008
       New York, New York

                                         SO ORDERED:

                                         WILLIAM H. PAULEY III
                                              U.S.D.J.

*Copies mailed to:*

James Prather
06-A-3154
Marcy Correctional Facility
Box 3600
Marcy, NY 13403-3600
*Plaintiff pro se*

Lee Alan Adlerstein, Esq.
Office of New York State Attorney General
120 Broadway
24th Floor
New York, NY 10271
*Counsel for Defendants*