UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JAMES PRATHER,                                      :

                Plaintiff,              :        07 Civ. 8270 (WHP)

      -against-                                :        SCHEDULING ORDER NO. 2

SUPERINTENDENT LUIS MARSHALL,       :
MR. T. CHU and SGT. KELLY,
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        The final pre-trial conference is adjourned from September 9, 2008 at 10:15 a.m. to September 12, 2008 at 10:15 a.m.

Dated: February 5, 2008
       New York, New York

                                        SO ORDERED:

                                        _____
                                        WILLIAM H. PAULEY III
                                              U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08

*Copies mailed to:*

James Prather
06-A-3154
Marcy Correctional Facility
Box 3600
Marcy, NY 13403-3600
*Plaintiff pro se*

Lee Alan Adlerstein, Esq.
Office of New York State Attorney General
120 Broadway
24th Floor
New York, NY 10271
*Counsel for Defendants*