STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

JUNE DUFFY
ACTING BUREAU CHIEF FOR LITIGATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/25/08

February 19, 2008

By Hand
Hon. William H. Pauley
United States District Judge
United States Courthouse
500 Pearl St., Room 2210
New York, NY 10007

Re:   **Prather v. Marshall, 07Cv8270**

Dear Judge Pauley

    This office represents the defendants Marshall and Chu in this pro se inmate case involving accommodation of Muslim dietary practice. As per defendants' attached so ordered application, the Court permitted an answer on behalf of defendant Kelly by February 19, 2008, if Kelly's identity and location could be ascertained, with plaintiff being instructed to provide additional information on Kelly's identity.

    On February 14, 2008, plaintiff sent the attached letter advising that he was transferred from Marcy Correctional Facility to Sing Sing Correctional Facility ("Sing Sing") and has not been able to gather any additional information about defendant Kelly. We contacted Sergeant Scott Kelly, the only individual with the surname Kelly who recently worked at Sing Sing. According to Sergeant Kelly, he was transferred from Sing Sing on or about December 6, 2006, a month before plaintiff's cause of action arose. See Compl. ¶ III (B). In light of plaintiff's letter, we request an additional four weeks to answer on behalf of a defendant Kelly, if appropriate, or apply for dismissal, with plaintiff being instructed to provide additional information on Kelly's identity (such as work shift and post) by March 11, 2008.

Application Granted,
SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
2/21/08

Respectfully submitted,

_____
WESLEY E. BAUMAN
Assistant Attorney General

Encls.
cc: James Prather, pro se (by regular mail w/ encls.)

120 BROADWAY, NEW YORK N.Y. • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.OAG.STATE.NY.US