UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JAMES PRATHER,

                      Plaintiff,

           - against -

LUIS MARSHALL, et al.,

                      Defendants.
------------------------------------------------------------x

**ORDER GRANTING LEAVE FOR THE TAKING OF THE DEPOSITION OF THE INCARCERATED PLAINTIFF**
07 CV. 8270 (WHP)

Pro Se

Upon the annexed affirmation of Wesley E. Bauman, executed on February 12, 2008 and the notice of deposition attached thereto, it is hereby:

**ORDERED**, that, pursuant to Federal Rule of Civil Procedure 30(a), and upon the notice given by defendants to plaintiff, defendants may take the deposition of plaintiff/inmate James Prather at the prison where he is confined or at such other correctional facility as may be convenient..

Dated: New York, New York
         February 20, 2008

                                      Hon. William H. Pauley
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08