USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JAMES PRATHER,                                          :

                       Plaintiff,          :          07 Civ. 8270 (WHP)

           -against-                      :          SCHEDULING ORDER NO. 3

SUPERINTENDENT LUIS MARSHALL,         :
MR. T. CHU and SGT. KELLY,

                                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

          Defendants having requested an extension in the schedule, the following schedule is established:

    1.  All discovery shall be completed by August 29, 2008;

    2.  Any requests for expert discovery shall be made by August 15, 2008;

    3.  The parties shall submit a joint pre-trial order in accord with this Court's individual practices by September 30, 2008; and

    4.  A final pre-trial conference will be held on October 10, 2008 at 10:00 a.m.

         On April 29, 2008, Defendant Kelly filed a motion to dismiss. Plaintiff pro se is directed to file and serve any opposition to the motion by July 25, 2008.

Dated: June 25, 2008
      New York, New York

                             SO ORDERED:

                             WILLIAM H. PAULEY III
                               U.S.D.J.

*Copies mailed to:*

James Prather
06-A-3154
Marcy Correctional Facility
Box 3600
Marcy, NY 13403-3600
*Plaintiff pro se*

Lee Alan Adlerstein, Esq.
Office of New York State Attorney General
120 Broadway
24th Floor
New York, NY 10271
*Counsel for Defendants*